FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00097-CV

LUKE ADAM STANTON, SR.                                                                APPELLANT

V.

KIMBERLY FAYE STANTON                                                                APPELLEE

------------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

## ORDER

------------

Appellant has challenged the trial court's order sustaining the contest to his affidavit of inability to pay costs. Therefore, we order the trial court clerk and court reporter to prepare and file the record of the contest and the hearing on the contest, if any, on or before **Monday, June 17, 2013 by 5:00 p.m.** *See* Tex. R. App. P. 20.1(j)(3). The mailbox rule will not apply. *See* Tex. R. App. P. 9.2(b). It is further ordered that the record of the indigency contest must be provided without payment of advance costs. *See* Tex. R. App. P. 20.1(j)(1), (3).

FILE COPY

2

The clerk of this court is ordered to transmit a copy of this order to the appellant, all lead counsel on appeal, the trial court, the trial court clerk, and the court reporter.

DATED June 13, 2013.

PER CURIAM